## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Raggs, Gary

Printed: 01/13/09

Case Number: 08 B 03724

Judge: Goldgar, A. Benjamin

Filed: 2/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  December 2, 2008

Confirmed:  April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 420.60 |
| Trustee Fee: |  | 29.40 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.00 | 420.60 |
| 2. | NCO Financial Services Inc | Unsecured | 347.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 5,008.12 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 2,380.10 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 388.32 | 0.00 |
| 6. | First Premier | Unsecured |  | No Claim Filed |
| 7. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 8. | West Asset Management | Unsecured |  | No Claim Filed |
| 9. | Village of Maywood | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,602.54 | $ 420.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
| 6.6% | 9.90 |
|  | $ 29.40 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Raggs, Gary

Printed: 01/13/09

Case Number:  08 B 03724

Judge:  Goldgar, A. Benjamin

Filed:  2/19/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

